```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JEFFREY DESIR,                      :
                                    :
                  Plaintiff,        :         ORDER
                                    :
      -against-                     :         07 Civ. 10553 (RMB)(MHD)
                                    :
DEPARTMENT OF CORRECTIONS et al.,   :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **MONDAY, JULY 14, 2008 at 2:00 PM**, at which time you are directed to call chambers at (212) 805-0204. Adirondack Correctional Facility is directed to make plaintiff Jeffrey Desir available to participate in this scheduled conference. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        June 27, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Jeffery Desir
08-A-3055
Adirondack Correctional Facility
PO Box 110, Route 86
Ray Brook, NY 12977-0110

Katherine Smith, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Caryn Anne Rosencrantz, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007