UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :
JEFFREY DESIR,
                                        :
                    Plaintiff,
                                        :      **ORDER**

        -against-                       :      **07 Civ. 10553 (RMB)(MHD)**
                                        :
DEPARTMENT OF CORRECTIONS et al.,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        A pre-trial telephone conference having been held with

plaintiff and defendants' counsel on July 14, 2008,


        It is hereby **ORDERED** as follows:


        1. Defendant is to serve and file its response to

plaintiff's motion to amend the complaint by **July 28, 2008.**

        2. All fact discovery is to be completed by **January 14,**

**2009.**

        2. The parties are to submit a joint pre-trial order by

**March 2, 2009**, unless a potentially dispositive motion has been

served by that date. To accomplish this, plaintiff is to provide

his portion of the joint pre-trial order (including a statement

of his claims, a list of his contentions of fact, a list of his

trial witnesses, and a list of trial exhibits) to defendants'

counsel by no later than **February 2, 2009**. Defendants are to

provide the equivalent information to plaintiff by no later than

**February 16, 2009.** Defendants' counsel is to meet with plaintiff

in an attempt to agree on stipulations of fact and admissibility

of exhibits by no later than **February 23, 2009**. Defendants'

counsel is to arrange for the preparation of the final version of

the joint pre-trial order and its signing and submission to the

Court.


**DATED:   New York, New York**
**         July 14, 2008**


                                 SO ORDERED.



                                 _____
                                 MICHAEL H. DOLINGER
                                 UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Jeffery Desir
08-A-3055
Adirondack Correctional Facility
PO Box 110, Route 86
Ray Brook, NY 12977-0110

Katherine Smith, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Caryn Anne Rosencrantz, Esq.
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007