



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KATHERINE E. SMITH
Assistant Corporation Counsel
Telephone: (212) 513-0462
Facsimile: (212) 788-9776

July 28, 2008

**BY FACSIMILE**
Honorable Judge Michael Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl St., Room 1670
New York, New York 10007
Fax: 212-805-7928

Re: Jeffrey Desir v. Department of Correction, et. al., 07-10553 (RMB) (MHD)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York, and the attorney assigned to the defense of the above-referenced civil rights action. I write in response to your Honor's Order dated July 16, 2008, wherein Your Honor directed defendants to serve and file their response to plaintiff's motion to amend the complaint by today, July 28, 2008. Defendants do not object to plaintiff's motion to amend the complaint.

    I thank Your Honor for considering the within matter.

Respectfully submitted,

Katherine E. Smith (KS 8707)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: Jeffrey Desir (#08A3055)
*Pro Se* Plaintiff
Adirondack Correctional Facility, P.O. Box 110
Marcy, New York 13404
(By First Class Mail)

*ENDORSED ORDER*
Plaintiff's motion to amend, filed May 15, 2008, is granted. Plaintiff's Second Amended Complaint is deemed filed. The Clerk is to issue the needed new summonses and send them to plaintiff forthwith. Plaintiff is to arrange for serving the summonses and complaints on the new defendants within forty-five days.

M/ [signature] 7/30/08